# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA RAE GONZALES-WELCH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-01620-BAM<br><br>**ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation Awarding Attorney Fees Under the Equal Access to Justice Act Pursuant to 28 U.S.C. § 2412(d) and Costs Pursuant to 28 U.S.C. § 1920 (the "Stipulation") filed on June 20, 2019 (Doc. No. 16), IT IS HEREBY ORDERED that attorneys' fees in the amount of seven thousand nine hundred sixty-three dollars and twenty cents ($7,963.20) pursuant to 28 U.S.C. § 2412(d) and costs in the amount of four hundred dollars ($400.00) pursuant to 28 U.S.C. § 1920 be awarded subject to the terms of the Stipulation.
IT IS SO ORDERED.

　　Dated: **June 30, 2019**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1