UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA RAE GONZALEZ-WELCH, ) <br><br> Plaintiffs, ) <br><br> v. ) <br><br> COMMISSIONER OF SOCIAL ) SECURITY, ) <br><br> Defendants. ) | Case No. 1:17-cv-01620-FJS <br><br> ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO PETITIONER YOUNG YIM'S MOTION FOR ATTORNEY'S FEES UNDER § 406(b) OF THE SOCIAL SECURITY ACT |

On May 28, 2026, Petitioner Young Yim ("Petitioner") filed a notice of motion for approval of $39,981.95 in attorney's fees pursuant to 42 U.S.C. § 406(b). (ECF No. 19.) On June 10, 2025, Defendant, the Commissioner of Social Security ("Defendant"), as a de facto trustee for Plaintiff filed a response to the pending motion. (ECF No. 25.) Defendant neither supports nor opposes Petitioner's motion for attorney's fees. (*Id.*) Because Petitioner requests the statutory maximum fee recovery, the court finds it appropriate to afford Plaintiff Rebecca Rae Gonzales-Welch a specific opportunity to respond. Accordingly, the court HEREBY ORDERS Plaintiff Rebecca Rae Gonzalez-Welch to file an opposition brief or notice of non-opposition to Petitioner's motion for attorney's fees no later than fourteen (14) days from the date of this order.

IT IS SO ORDERED.

Dated:   **June 25, 2026**                                    _____
                                                              UNITED STATES MAGISTRATE JUDGE